IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Eric C | Case Number: 08 B 05386 |
|---|---|---|
| | Anderson-Williams, Nivya | Judge: Hollis, Pamela S |
| | Printed: 7/22/08 | Filed: 3/6/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: July 15, 2008
Confirmed: May 5, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 955.40 | |
| Secured: | | 300.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 593.30 |
| Trustee Fee: | | 62.10 |
| Other Funds: | | 0.00 |
| Totals: | 955.40 | 955.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,499.00 | 593.30 |
| 2. | Gateway Financial | Secured | 8,758.33 | 300.00 |
| 3. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 4. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 5. | NextStudent | Unsecured | 0.00 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 120.23 | 0.00 |
| 7. | Illinois Lending Corporation | Unsecured | 64.44 | 0.00 |
| 8. | Capital One | Unsecured | 60.98 | 0.00 |
| 9. | Sprint Nextel | Unsecured | 43.36 | 0.00 |
| 10. | Nordstrom | Unsecured | 82.40 | 0.00 |
| 11. | AmeriCash Loans, LLC | Unsecured | 47.66 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 78.33 | 0.00 |
| 13. | Bank Of America | Unsecured | 367.49 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 196.00 | 0.00 |
| 15. | Illinois Lending Corporation | Unsecured | 51.46 | 0.00 |
| 16. | Access Group | Unsecured | | No Claim Filed |
| 17. | Best Buy | Unsecured | | No Claim Filed |
| 18. | Campus Property Management | Unsecured | | No Claim Filed |
| 19. | City Of Chicago | Unsecured | | No Claim Filed |
| 20. | CMRE Financial Svcs | Unsecured | | No Claim Filed |
| 21. | Credit Protection Association | Unsecured | | No Claim Filed |
| 22. | City Of Urbana | Unsecured | | No Claim Filed |
| 23. | Dunsdemand | Unsecured | | No Claim Filed |
| 24. | Credit Protection Association | Unsecured | | No Claim Filed |
| 25. | Safeway Stores | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Eric C | Case Number: 08 B 05386 |
| --- | --- | --- |
| | Anderson-Williams, Nivya | Judge: Hollis, Pamela S |
| | Printed: 7/22/08 | Filed: 3/6/08 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 27. | Drive Financial Services | Unsecured | | No Claim Filed |
| 28. | Global Payments | Unsecured | | No Claim Filed |
| 29. | Coutr Street Ford | Unsecured | | No Claim Filed |
| 30. | Illinois American Water Co | Unsecured | | No Claim Filed |
| 31. | Mercy Hospital | Unsecured | | No Claim Filed |
| 32. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 33. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 34. | Northwest Collectors | Unsecured | | No Claim Filed |
| 35. | West Asset Management | Unsecured | | No Claim Filed |
| 36. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 37. | Mercy Physician Billing | Unsecured | | No Claim Filed |
| 38. | Payday Loan | Unsecured | | No Claim Filed |
| 39. | Radiologial Physician | Unsecured | | No Claim Filed |
| 40. | Credit Protection Association | Unsecured | | No Claim Filed |
| 41. | AmerenIP | Unsecured | | No Claim Filed |
| 42. | T Mobile USA | Unsecured | | No Claim Filed |
| 43. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 44. | University Of Illinois Medical | Unsecured | | No Claim Filed |
| 45. | University of Illinois | Unsecured | | No Claim Filed |
| 46. | University of Illinois | Unsecured | | No Claim Filed |
| 47. | Revenue Production Mgmt | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,369.68 | $ 893.30 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 6.5% | 62.10 |
| | _____ |
| | $ 62.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*